UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                **ORDER**

                   -against-                                        16 Cr 177

JEFFREY CASIANO,

                               Defendant.
-------------------------------------------------------------X

       For the reasons stated on the record today, the warrant is vacated and the defendant is remanded.

Dated: New York, New York
           March 10. 2021

                                              */s/ RMB*
                                      RICHARD M. BERMAN, U.S.D.J.