**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                           16 CR. 177 (RMB)

  -against-

                                                                           **ORDER**

JEFFREY CASIANO,
               Defendant.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Thursday, September 9, 2021 at 12:00 PM is hereby rescheduled to 9:00 AM on the same date.

       In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0177

Dated: September 1, 2021
       New York, NY

                                                           *Richard M. Berman*
                                              _____
                                                  RICHARD M. BERMAN
                                                         U.S.D.J.