**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

       -against-

JEFFREY CASIANO,
                Defendant.
------------------------------------------------------------X

16 CR. 177 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, November 1, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0177

Dated: October 28, 2021
       New York, NY

*Richard M. Berman*
_____
        RICHARD M. BERMAN
             U.S.D.J.