**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

          16 CR. 177 (RMB)

  -against-

          **ORDER**

JEFFREY CASIANO,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, November 30, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0177

Dated: November 23, 2021
       New York, NY

                                      _____
                                            RICHARD M. BERMAN
                                                 U.S.D.J.