**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                            16 CR. 177 (RMB)

        -against-
                                                            **ORDER**

JEFFREY CASIANO,
                          Defendant.
------------------------------------------------------------X


        In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled

for Tuesday, December 14, 2021 at 9:00 AM is being held telephonically pursuant to the CARES

Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information:


        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0177


Dated: December 9, 2021
        New York, NY


                                            _____
                                                 RICHARD M. BERMAN
                                                        U.S.D.J.