UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

     -against-

JEFFREY CASIANO
               Defendant.
------------------------------------------------------------X

16 CR. 177 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, February 15, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0177

Dated: February 9, 2022
       New York, NY

                                                RICHARD M. BERMAN
                                                U.S.D.J.