UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
            - against -                     :        16 CR. 177 (RMB)
                                            :
JEFFREY CASIANO,                            :        **ORDER**
                        Defendant.          :
------------------------------------------------------------x

Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: New York, New York
February 10, 2022

_____
**RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/22

1