# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 13, 2022

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE:   **United States v. Jeffrey Casiano**
      **16 Cr 177 (RMB)**

Dear Judge Berman:

I write with the consent of the Government to respectfully request that the Court adjourn Mr. Casiano's VOSR conference scheduled for Tuesday, June 14, 2022 by at least 30 days to allow the parties to negotiate a disposition and for the Government to collect evidence the defense has requested that is relevant to determine the appropriate outcome for this violation of supervised release. Mr. Casiano's prior attorney, Mr. Robert Baum, retired from the Federal Defenders on Friday. This adjournment will also give me, as his new counsel, a chance to meet Mr. Casiano and discuss this case with him prior to our appearing in Court.

I am available any time between July 11 and July 22 and then after August 8, 2022. In the event we are able to reach a recommended disposition or are prepared to go forward before the date chosen by the Court, we will write Your Honor immediately. Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

Application granted. The conference is adjourned to July 19, 2022 at 12:30 PM.

SO ORDERED:
Date: 6/13/22

Richard M. Berman, U.S.D.J.