**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                   16 CR. 177 (RMB)

  -against-

                                                                                  **ORDER**

JEFFREY CASIANO
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Tuesday, July 19, 2022 at 12:30 PM is hereby rescheduled to 9:00 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0177

Dated: July 14, 2022
       New York, NY

                                                              _____
                                                               RICHARD M. BERMAN
                                                                    U.S.D.J.