**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

  -against-

JEFFREY CASIANO,
     Defendant.
------------------------------------------------------------X

16 CR. 177 (RMB)

**ORDER**

  The Court will hold a supervised release hearing on Tuesday, August 30, 2022 at 12:00 PM in Courtroom 17B.

Dated: August 18, 2022
   New York, NY

                 *Richard M. Berman*
               _____
                 RICHARD M. BERMAN
                    U.S.D.J.