

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 24, 2022

**BY ECF**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Jeffrey Casiano*, 16 Cr. 177 (RMB)

Dear Judge Berman,

    The Government writes to respectfully request a brief adjournment of the hearing scheduled for Tuesday, August 30, 2022 in the above-referenced case, regarding violations of supervised release. The victim—who was a minor at the time of the sexual assaults set forth in the specifications—informed the Government today, August 24, 2022, that she plans to testify at the hearing, but has college orientation, a full day of programming, on August 30, 2022, and that after September 1, 2022, she will have a full-time schedule of coursework, Monday through Friday. The Government requests an adjournment so that the victim does not miss college orientation and can testify at the hearing. The Government respectfully requests a brief adjournment until September 1, 2022, or in the alternative, September 15, 2022, on which dates the Government understands there are no university classes. I have conferred with counsel for the defendant and understand that he consents to the adjournment request. Counsel for the defendant informed the Government that he is not available on September 1, 2022, but is available on September 15, 2022.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

*/s/ Lisa Daniels*
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

---

Application granted. Hearing adjourned to Tuesday, September 13, 2022 at 2:15 PM.

SO ORDERED:
Date: 8/30/22
Richard M. Berman, U.S.D.J.