**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

October 17, 2022

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**RE:** **United States v. Jeffrey Casiano**
**16 Cr 177 (RMB)**

Dear Judge Berman:

    I write to respectfully request the Court adjourn Mr. Casiano's violation of supervised release hearing, currently scheduled for November 2, 2022. I was scheduled to begin a trial on Wednesday, October 19, 2022, but the jury administrator pushed our start date to Tuesday, October 25, 2022, and unfortunately, both the Government and Defense in that case expect we will still be going on November 2, 2022.

    I have conferred with the Government, and we propose the following dates: November 16 or November 22, 2022. If the Court is not available on either date, please let the parties know what dates are open for an in-person hearing, and we will confer and attempt to agree upon a hearing date. Thank you for the Court's consideration.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

---

Application granted. The hearing is adjourned to Tuesday, November 29, 2022 at 10:00 AM.

SO ORDERED:
Date: 10/19/22
Richard M. Berman, U.S.D.J.