

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2022

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/22

**BY ECF AND EMAIL**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Jeffrey Casiano*, 16 Cr. 177 (RMB)

Dear Judge Berman:

  The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that portions of internal chronologies maintained by Probation, detailing Jeffrey Casiano's supervision, be unsealed. A hearing is scheduled in this case for November 9, 2022. At that hearing, the Government intends to prove the Specifications set forth in the Violation Report. Probation indicated to the Government today that they have information relevant to the Specifications and upcoming hearing contained within their chronologies. Accordingly, the Government respectfully requests that the Court enter an order unsealing the portions of these chronologies and related notes related to the Specifications in advance of the hearing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  ___s/_____
  Lisa Daniels
  Assistant United States Attorney
  (212) 637-2955

*Application granted.*

Cc:  All counsel (by ECF)
   Probation (by email)

SO ORDERED:
Date: 11/10/22  *Richard M. Berman*
     Richard M. Berman, U.S.D.J.