**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/22
```

-----------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
            - against -                  :     16 CR. 177 (RMB)
                                         :
JEFFREY CASIANO,                         :     **ORDER**
                        Defendant.       :
-----------------------------------------------------------x

The Court finds that access to the records of the New Jersey Division of Child Protection and Permanency, which are the subject of the Court's Order dated November 3, 2022, are relevant to the issues which are currently being litigated before me. The documents are likely to be dispositive of these proceedings as well. The litigation has already begun with testimony from M.M. as to whether Defendant Jeffrey Casiano committed certain offenses which appear to have been the subject of New Jersey Division of Child Protection and Permanency proceedings. Accordingly, time is of the essence in connection with the production of these records.

Accordingly, the parties to the above captioned case are directed forthwith - - and in no event later than November 14, 2022 - - to meet and confer in good faith and to devise an expedited timetable for the completion of the litigation. Such expedited timetable shall be submitted to the Court by November 15, 2022 (noon).

The New Jersey Office of Attorney General is directed forthwith - - and in no case later than November 16, 2022 (noon) - - to produce to this Court (Attn: Christine Murray) the documents subject to the Court's Order dated November 3, 2022, for an in camera review, as suggested to the Court by the New Jersey Office of Attorney General, in its letter dated November 10, 2022.

Dated: New York, New York
        November 10, 2022



**RICHARD M. BERMAN, U.S.D.J.**