# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

November 4, 2022

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**RE:   United States v. Jeffrey Casiano**
**16 Cr 177 (RMB)**

Dear Judge Berman:

The defense writes with the consent of the Government to respectfully request the Court adjourn the next portion of the violation hearing in this case from Tuesday, November 29 to November 30, December 19, December 20, or December 22. The defense prefers December 19 or 22, if possible. The defense requests this adjournment because there was a death in one of defense counsel's families and the funeral is scheduled for November 29.

The parties anticipate that the next session will feature testimony from two medical witnesses and that the session should take less than three hours to complete. Thank you for the Court's consideration.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Ariel Werner
Assistant Federal Defenders
(212) 417-8733

The November 29 hearing is adjourned to Tuesday, December 20, 2022 at 1:00 PM

SO ORDERED:
Date: 11/21/22

Richard M. Berman, U.S.D.J.