**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                16 CR. 177 (RMB)

   -against-

                **<u>ORDER</u>**

JEFFREY CASIANO,
                Defendant.
------------------------------------------------------------X

        The hearing scheduled for Tuesday, December 20, 2022 at 1:00 PM will take place in Courtroom 17B.

Dated: December 14, 2022
       New York, NY

                                          _____
                                            RICHARD M. BERMAN
                                                 U.S.D.J.