**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

UNITED STATES OF AMERICA,             :

                                         :

                Government,      :        16 CR. 177 (RMB)

                                         :

        - against -             :        **ORDER**

                                         :

JEFFREY CASIANO,               :

                                       :

                Defendant.      :

------------------------------------------------------------x

        The hearing scheduled for Tuesday, February 7, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: February 1, 2023
      New York, NY

                                   _Richard M. Berman_
                                      RICHARD M. BERMAN
                                       U.S.D.J.