**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,     :      16 CR. 177 (RMB)
                                             :
      - against -                           :      **ORDER**
                                             :
JEFFREY CASIANO,                             :
                                             :
                Defendant.      :
------------------------------------------------------------x

      The ruling scheduled for Tuesday, February 14, 2023 at 2:00 P.M. will take place in Courtroom 17B.

Dated: February 8, 2023
       New York, NY

                                                */s/ Richard M. Berman*
                                                RICHARD M. BERMAN
                                                    U.S.D.J.