UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                             **ORDER**

         -against-                                                                                  16 Cr 177

JEFFREY CASIANO,

                              Defendant.
-----------------------------------------------------------X

For the reasons stated on the record today, the defendant is released.

Dated: New York, New York
         February 14, 2023

                                                                       **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/23