UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                        :
                       Government,          :          16 CR. 177 (RMB)
                                                                        :
         - against -                             :          **ORDER**
                                                                        :
JEFFREY CASIANO,                              :
                       Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday March 27, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 703 458 823#

Dated: March 22, 2023
       New York, NY

                                                      _____
                                                        **RICHARD M. BERMAN**
                                                              **U.S.D.J.**