UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     16 CR. 177 (RMB)
                                         :
       - against -                      :     **ORDER**
                                         :
JEFFREY CASIANO,                         :
                Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, April 27, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 985 228 420#

Dated: April 19, 2023
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                          **U.S.D.J.**