UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                          :
                              Government,       :       16 CR. 177 (RMB)
                                                                          :
          - against -                             :       **ORDER**
                                                                          :
JEFFREY CASIANO,                                 :
                              Defendant.          :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 21, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 794 823 952#

Dated: September 13, 2023
       New York, NY

                                                    _____
                                                       **RICHARD M. BERMAN**
                                                            **U.S.D.J.**