**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                    Government,       :        16 CR. 177 (RMB)
                                              :
       - against -                          :        **ORDER**
                                              :
JEFFREY CASIANO,                              :
                    Defendant.        :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for Monday, January 29, 2024 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 648 107 928#

Dated: January 17, 2024
       New York, NY

                                                  */s/ Richard M. Berman*
                                                   **RICHARD M. BERMAN**
                                                        **U.S.D.J.**