**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                                        :
                          Government,        :     16 CR. 177 (RMB)
                                                         :
            - against -                      :     **ORDER**
                                                         :
JEFFREY CASIANO,                          :
                                    Defendant.         :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, February 27, 2024 at 12:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 438 256 034#

Dated: February 21, 2024
        New York, NY

                                                     _/s/ Richard M. Berman_
                                                        **RICHARD M. BERMAN**
                                                                **U.S.D.J.**